**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID ARTHUR DEPONTE,

Plaintiff,

v.

STOHL, et al.,

Defendants.

Case No. 1:25-cv-00674 JLT CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMNARY INJUNCTION

(Docs. 35, 36)

David Arthur DePonte is a state prisoner and seeks to hold the defendants liable for civil rights violations that occurred while housed at the California Substance Abuse Treatment Facility- Corcoran State Prison. (*See generally* Doc. 24.) DePonte requests injunctive relief, asserting that officials at Mule Creek State Prison are interfering with his mail. (Doc. 35.)

The magistrate judge noted that this was the second motion for injunctive relief by DePonte related to his mail, and the Court denied his first request upon finding that this Court lacks jurisdiction over officials at Mule Creek State Prison, because the claims in the operative complaint concern defendants employed at CSATF. (Doc. 36 at 3, citing Doc. 27 at 3-4; *see also* Doc. 29.) The magistrate judge determined this second motion fails for the same reason. (*Id.*) The magistrate judge also found the factors identified in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008) weighed against granting injunctive relief. (*Id.* at 4-5.) Therefore, the magistrate judge recommended the Court deny the motion. (*Id.* at 5.)

The Court served the Findings and Recommendations on DePonte and notified him that any objections were due within 14 days. (Doc. 36 at 5.) The Court advised DePonte that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) DePonte did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 9, 2026 (Doc. 36) are **ADOPTED** in full.
2. Plaintiff's motion for injunctive relief (Doc. 35) is **DENIED**.

IT IS SO ORDERED.

Dated: November 2, 2026

UNITED STATES DISTRICT JUDGE